UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/12/2020

EDWARD VALENTE *in his capacity as General Chairman of the Association of Commuter Railroad Employees, Division 1*,

                Plaintiff,

v.

METRO-NORTH RAILROAD COMPANY,

                Defendant.

20-CV-4500 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       As discussed with the parties, the Court will hold a telephone conference on June 13, 2020 at 4:00 p.m. to discuss Plaintiff's motion for immediate injunctive relief. The parties shall use the dial-in information provided below to call in to the conference:

       Call-in Number: (888) 363-4749
       Access Code: 1015508

SO ORDERED.

Dated:    June 12, 2020
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge