UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  6-15-20
```

EDWARD VALENTE *in his capacity as General Chairman of the Association of Commuter Railroad Employees, Division 1*,

    Plaintiff,

v.

METRO-NORTH RAILROAD COMPANY,

    Defendant.

20-CV-4500 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  For the reasons discussed at the conference on June 13, 2020, Plaintiff's motion for immediate injunctive relief is denied.

SO ORDERED.

Dated: June 15, 2020
    New York, New York

               _____
               RONNIE ABRAMS
               United States District Judge